Case 4:21-cv-00260 Document 32 Filed on 10/25/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES OTIS HERRING and PAMELA HERRING, § § § Plaintiffs. § § VS. § TRUEBLUE PEOPLE READY, INC. § AND RENEWABLE ENERGY § SYSTEMS AMERICAS, INC., § § Defendants. § | CIVIL ACTION NO. 4:21-cv-00260 |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On September 17, 2021, all dispositive pretrial matters and all non-dispositive pretrial matters was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 28. Judge Edison filed a Memorandum and Recommendation on September 27, 2021, recommending that Plaintiffs' motion to remand (Dkt. 15) be **DENIED**. *See* Dkt. 29.

On October 18, 2021, Plaintiffs filed their Objections.[1] In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo

---

[1] Plaintiffs untimely filed their objections. The Court nonetheless chooses to apply the de novo standard of review.

1

review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 29) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's motion to remand (Dkt. 15) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas, this 25th day of October, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE